Form 27 - GENERAL PURPOSE

HILL RIVKINS & HAYDEN LLP
ATTN:

UNITED STATES SOUTHERN DIST. COURT        NEW YORK   COUNTY
------------------------------------------------

SANYO SALES & MARKETING CORPORATION    plaintiff          Index No. **08CIV5718**

                                                          Date Filed  . . . . . . . . . . . .
            - against -
                                                          Office No. **29886-TEW**

KOREAN AIRLINES, ETANO           defendant
                                                          Court Date:   /  /

------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**HOWARD HERTZFELD**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the  **16th  day of July, 2008**       at  **08:55 AM.**,                        at
    **CARGO BUILDING 9, NORTH BOUNDARY ROAD
    JFK INTERNATIONAL AIRPORT, NEW YORK 11430**
I served a true copy of the
    **SUMMONS AND COMPLAINT
    RULE 7.1 STATEMENT
    JUDGES RULES**

upon **KOREAN AIRLINES**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **ANNIE CARTER---MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BROWN**
        APP. AGE: **44**       APP. HT: **5:6**        APP. WT: **130**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
21st   day of   July, 2008;




BRETT GOLUB
Notary Public, State of New York          . . . . . . . . . . . . . . . . . . . . . . .
    No.01G06129491                        HOWARD HERTZFELD   778037
Qualified in NASSAU                       AETNA  CENTRAL  JUDICIAL  SERVICES
Commission Expires 06/27/2009             225 BROADWAY, SUITE 1802
                                          NEW YORK, NY, 10007
                                          Reference No: 3HRLOM138626