Thomas E. Willoughby
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

'08 CIV 5718

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    Index No.
SANYO SALES & MARKETING CORPORATION,

                    Plaintiff,

    - against -

KOREAN AIRLINES and                        **RULE 7.1 STATEMENT**
BAX GLOBAL JAPAN K.K.,

                    Defendants.
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

                        **PLEASE SEE ATTACHED LIST**

Dated: New York, New York
        June 25, 2008

                                      HILL RIVKINS & HAYDEN
                                      Attorneys for Plaintiff,

                                 By: _____
                                 Thomas E. Willoughby
                                 45 Broadway, Suite 1500
                                 New York, New York 10006
                                 (212) 669-0600

## Search Results

Your search for "sanyo" returned these results:
6 Hoover's company name matches

**New!** Hoover's offers free information about:
19 D&B In-Depth North American matches
1069 D&B International matches

Hoover's subscribers can also access:
73 D&B Basic North American matches

## Hoover's Company Name Matches

| Company Name | Location | Sales ($mil) | Company Type | Hoover's Reports |
|---|---|---|---|---|
| SANYO Electric Co., Ltd. | Moriguchi, Japan | $21,804.7 | Public (Pink Sheets: SANYY [ADR]) | Buy Report |
| SANYO North America Corporation | San Diego, CA, United States | $25.2 | Subsidiary | Buy Report |
| Al-Futtaim Private Company LLC | Dubai, United Arab Emirates | - | Private | Buy Report |
| SANYO Europe Limited | Watford, United Kingdom | - | Subsidiary | Buy Report |
| Sanyo Shinpan Finance Co., Ltd. | Fukuoka, Japan | - | Subsidiary | |
| SANYO Semiconductor Co., Ltd. | Ora-gun, Japan | $1,541.8 | Subsidiary | Buy Report |

Results 1-6 of 6

## D&B Results

**New!** View free information on D&B In-Depth North American and D&B International Companies. D&B Basic companies are still available to subscribers only.

| D&B In-Depth North American Matches | Location | Location Type | D&B Reports |
|---|---|---|---|
| Refine Results by [State/Province ▼] | | | |
| Sanyo Commercial Solutions (dba "Sanyo E & E; Sanyo Sales & Sup Usa Corp Del") | Bensenville, IL | Headquarters | Buy Report |
| Sanyo Denki America Inc | Torrance, CA | Headquarters | Buy Report |
| Sanyo Electronic Device (Usa) Corporation (dba "Sanyo Tv International") | San Diego, CA | Headquarters | Buy Report |
| Sanyo Energy Usa Corporation | Frisco, TX | Headquarters | Buy |

| | | | |
|---|---|---|---|
| | | | Report |
| Sanyo Fisher Service Company | Chatsworth, CA | Headquarters | Buy Report |
| Sanyo Foods Corporation Of America (dba "Dove Canyon Country Club; Yorba Linda Country Club; Lamas Santa Fe Country Club; Tustin Ranch Golf Club") | Garden Grove, CA | Headquarters | Buy Report |
| Sanyo Logistics Corporation (dba "S L C") | Torrance, CA | Headquarters | Buy Report |
| Sanyo Manufacturing Corporation | Forrest City, AR | Headquarters | Buy Report |
| Sanyo North America Corp (dba "Sanyo Fisher Company") | San Diego, CA | Headquarters | Buy Report |
| Sanyo Semiconductor (U.S.A.) Corporation (dba "Sanyo Fisher Company") | Saddle Brook, NJ | Headquarters | Buy Report |

Results 1-10 of 19

1  2                                                                    JUMP TO PAGE 1 ▼

| **D&B Basic Matches** Refine Results by [State/Province ▼] | **Location** | **Location Type** | **D&B Reports** |
|---|---|---|---|
| Sanyo Commercial Solutions (dba "Sanyo E & E") | Bensenville, IL | Headquarters | Buy Report |
| Sanyo Denki America Inc | Torrance, CA | Headquarters | Buy Report |
| Sanyo Electronic Device (Usa) Corporation (dba "Sanyo Tv International") | San Diego, CA | Headquarters | Buy Report |
| Sanyo Energy Usa Corporation | Frisco, TX | Headquarters | Buy Report |
| Sanyo Fisher Service Company | Chatsworth, CA | Headquarters | Buy Report |
| Sanyo Foods Corporation Of America (dba "Dove Canyon Country Club; Yorba Linda Country Club; Lamas Santa Fe Country Club; Tustin Ranch Golf Club") | Garden Grove, CA | Headquarters | Buy Report |
| Sanyo Logistics Corporation (dba "S L C") | Torrance, CA | Headquarters | Buy Report |
| Sanyo Manufacturing Corporation | Forrest City, AR | Headquarters | Buy Report |

| | | | |
|---|---|---|---|
| Sanyo North America Corp (dba "Sanyo Fisher Company") | San Diego, CA | Headquarters | Buy Report |
| Sanyo Semiconductor (U.S.A.) Corporation (dba "Sanyo Fisher Company") | Saddle Brook, NJ | Headquarters | Buy Report |

Results 1-10 of 73

1  2  3  4                                   JUMP TO PAGE 1

**D&B International Matches**

Refine Results by

Country

| | Location | Location Type | D&B Reports |
|---|---|---|---|
| Air Gases Sanyo, K K | Kurashiki, Okayama, Japan | Headquarters | Buy Report |
| Allis Sanyo Co ,Ltd | Kikuchi-Gun, Kumamoto, Japan | Headquarters | Buy Report |
| Chemitech Sanyo K K | Okayama, Okayama, Japan | Headquarters | Buy Report |
| Chuo Sanyo Setsubi K K | Taito-Ku, Tokyo, Japan | Headquarters | Buy Report |
| Com Sanyo Co ,Ltd | Osaka, Osaka, Japan | Headquarters | Buy Report |
| Daiichi Sanyo Vinyl K K | Takamatsu, Kagawa, Japan | Headquarters | Buy Report |
| Daiichi Sanyo, Inc | Hatsukaichi, Hiroshima, Japan | Headquarters | Buy Report |
| Dalian Sanyo Compressor Co , Ltd | Dalian, Liaoning, China | Headquarters | Buy Report |
| Dnt Sanyo Chemical Co ,Ltd | Hiroshima, Hiroshima, Japan | Headquarters | Buy Report |
| Galletti Spa (dba "Galletti; Sanyo") | Bentivoglio, Bologna, Italy | Headquarters | Buy Report |

Results 1-10 of 1069

1  2  3  4  5                                   JUMP TO PAGE 1

