UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   AH-3515
SANYO SALES & MARKETING                              :
CORPORATION,
                                                     :
              Plaintiff,                                 Case No: 08-CV-5718 (RJS)
                                                     :
    - against -                                          **RULE 7.1 STATEMENT**
                                                     :
KOREAN AIRLINES and BAX GLOBAL
JAPAN K.K.,                                          :
              Defendants.
-------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Korean Air Lines Co., Ltd. (incorrectly sued as "Korean Airlines"), certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of Korean Air Lines Co., Ltd.:

    None

Dated:  New York, New York
        August 4, 2008

                                    CLYDE & CO US LLP

                                    By: /s/ Andrew J. Harakas
                                        Andrew J. Harakas (AH 3515)
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, New York 10174
                                    (212) 710-3900

                                    Attorneys for Defendant
                                    Korean Air Lines Co., Ltd.