08/08/2008 10:28 FAX  2127103951                                              ☒002/003



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

**THOMAS E. WILLOUGHBY**
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SANYO SALES & MARKETING CORPORATION,    Index No.
                                        08 CIV 5718(RJS)
                Plaintiff,

    - Against -
                                        **STIPULATION OF**
KOREAN AIRLINES and                     **DISCONTINUANCE**
BAX GLOBAL JAPAN K.K.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff hereby voluntarily discontinues this action, without prejudice and without costs, against Defendants, and it is hereby

ORDERED that the same be and hereby is dismissed against the said Defendants without prejudice and without costs.

Dated: New York, New York
       August 6, 2008

                                        HILL RIVKINS & HAYDEN
                                        Attorneys for Plaintiff

                                        By: _____
                                            Thomas E. Willoughby
                                        45 Broadway, Suite 1500
                                        New York, New York 10006
                                        (212) 669-0600

1

08/08/2008 FRI 10:30  [TX/RX NO 6841]  ☒002

08/2008 10:28 FAX 2127103951                                    ☒003/003

> CLYDE & CO US LLP
> Attorneys for Defendant,
> Korean Air Lines Co., Ltd.
>
> By: /s/ Andrew J. Harakas
> Andrew J. Harakas
> 405 Lexington Avenue
> New York, New York 10174
> (212) 710-3900

SO ORDERED

_____
U.S.D.J.   8/21/08

2